IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00171-MSK-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHARLES ANDREW UNFUG,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant's waiver of Indictment, and the Court finding that Defendant's waiver has been made freely and voluntarily:

IT IS HEREBY ORDERED that Defendant's waiver of the right to prosecution by Indictment is accepted and the case will proceed on the Amended Information that has been filed.

DATED and ENTERED this 21st day of Spt, 2007.

                              BY THE COURT:

                              *[signature]*
                              United States Magistrate Judge